```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/6/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIP SULLIVAN JR., on behalf of himself
and all others similarly situated,

                    Plaintiff,

          - against -

TECHNOLOGY REVIEW, INC.,

                    Defendant.

Case No. 18-cv-02012-PAE

**STIPULATION OF VOLUNTARY
DISMISSAL PURSUANT TO
F.R.C.P. 41(A)(1)(A)(II)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their

respective counsel that Plaintiff Phillip Sullivan Jr. hereby voluntarily dismisses, with prejudice,

his complaint against Defendant Technology Review, Inc. pursuant to Rule 41(a)(1)(A)(ii) of the

Federal Rules of Civil Procedure, with the parties to bear responsibility for their respective fees

and costs.

LEE LITIGATION GROUP, PLLC

By:_____
          C.K. Lee, Esq.
30 East 39th Street, Second Floor
New York, New York 10016
Tel: (212) 465-1188
Fax: (212) 465-1181
cklee@leelitigation.com

*Attorneys for Plaintiff Phillip Sullivan Jr.*

DAVIS WRIGHT TREMAINE LLP

By:_____
          John M. Magliery, Esq.
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Tel: (212) 603-6444
Fax: (212) 379-5212
johnmagliery@dwt.com

*Attorneys for Defendant Technology Review,
Inc.*

9/6/18

SO ORDERED.

_Paul A. Engelmayer_____
          PAUL A. ENGELMAYER
          United States District Judge